# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02387-SKC

ISIDRO MORALES-VALERIO,

 Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing Center, in his official capacity;
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity;
MARKWAYNE MULLIN, Acting Secretary of the U.S. Department of Homeland Security, in his official capacity; and
TODD BLANCHE, Acting Attorney General of the United States, in his official capacity;

 Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 7 and 10) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 29th day of June, 2026.

FOR THE COURT:
Jeffrey P. Colwell, Clerk


By:  s/C. Pearson, Deputy Clerk